```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JASMINE YOUNG, | : | CIVIL ACTION |
| | : | No. 12-5729 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA POLICE DEPARTMENT, | : | |
| | : | |
| Defendant. | : | |

### O R D E R

**AND NOW**, this **31st** day of **March, 2015,** for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 32) is **GRANTED** and the Clerk shall mark the case **CLOSED.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**